UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV15-6336-CAS(FFMx) | Date | March 23, 2016 |
|---|---|---|---|
| Title | *Rae H. Lorenz et al v. East West Bancorp Inc. et al* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Connie Lee | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed. R. Civ. Proc. 4(m). Generally, defendants must answer the complaint within 20 days after service (60 days if the defendant is the United States). Fed. R. Civ. Proc. 12(a)(1).

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the Court, on its own motion, orders plaintiff(s) to show cause in writing on or before **April 6, 2016** why this action should not be dismissed for lack of prosecution as to defendants **MICHAEL GUREVICH; CHARTER INVESTMENTS, INC.; WILLIAM KENT; AND SAMSON EMELIANOV.** Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following as a satisfactory response to the Order to Show Cause:

X      An answer by the following defendants: **WILLIAM KENT; SAMSON EMELIANOV**

X      Plaintiff's application for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure as to the following defendants: **WILLIAM KENT; SAMSON EMELIANOV**

X      Plaintiff's request that the clerk enter default judgment or plaintiff's motion for entry of default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure as to the following defendants: **MICHAEL GUREVICH; CHARTER INVESTMENTS, INC.**

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CL |