UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-6336-CAS (FFMx) | Date | October 17, 2016 |
|---|---|---|---|
| Title | *RAE H. LORENZ; ET AL. v. EAST WEST BANCORP INC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven Nunez | Not Present |

**Proceedings:**   APPLICATION FOR DEFAULT JUDGMENT BY COURT (Filed 08/19/16)[68]

  Hearing held and plaintiffs' counsel is present.  The Court confers with plaintiffs' counsel and grants plaintiffs' Application for Default Judgment.  The Court will issue the Proposed Judgment forthwith.

|  | 00 | : | 05 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |