Peter C. Ward, Esq.          SBN 126459
Christopher H. Hagen, Esq.   SBN 179529
Steven M. Nuñez, Esq.        SBN 185421
**WARD & HAGEN, LLP**
440 Stevens Avenue, Suite 350
Solana Beach, California 92075
Telephone:   (858) 847-0505
Facsimile:   (858) 847-0105

*Attorneys for Plaintiffs*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAE H. LORENZ; WILLIAM E. WARD; PAULA AND STEVEN TAMKIN; SUE HAYNES; RICHARD T. COLE; WILLIAM H. WOOLBRIGHT; IRVING B. RUPPEL; KENNETH NELSON; MICHAEL CHARPENTIER; LORALEE FREILICH; and LORETTA J. ALMAN<br><br>Plaintiffs,<br><br>vs.<br><br>EAST WEST BANCORP INC. a Delaware Corporation; EAST WEST BANK, a California Corporation; MICHAEL GUREVICH, an individual; WILLIAM KENT, an individual; SAMSON EMELIANOV, an individual; CHARTER INVESTMENTS, INC., a Wyoming Corporation; and DOES 1 – 200.<br><br>Defendants. | CASE NO.: 2:15-CV-06336-CAS-FFM<br><br>**JUDGMENT** |

The defendants, Charter Investments, Inc., a Wyoming Corporation, Michael Gurevich, an individual and William Kent, an individual having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiffs and upon affidavit that defendants are indebted to plaintiffs in the principal sums stated below, plus interest thereon from the dates listed:

| Irving Ruppel | January 13, 2014 |
|---|---|
| Richard T. Cole | January 15, 2014 |
| Rae Lorenz | January 21, 2014 |
| Michael Charpentier | January 21, 2014 |
| Loretta Alman | January 30, 2014 |
| Sue Haynes | January 30, 2014 |
| Loralee Freilich | February 3, 2014 |
| William E. Ward | February 12, 2014 |
| William H. Woolbright | February 11, 2014 |
| Paula Tamkin and Steven Tamkin | February 18, 2014 |
| Kenneth Nelson | February 26, 2014 |

That defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby ORDERED, ADJUDGED, and DECREED that plaintiffs, recover of the defendants, jointly, the sums listed below:

| Name | Remaining Amount Due | Costs | Prejudgment Interest |
|---|---|---|---|
| Rae H. Lorenz | $258,970.59 | 691.37 | $ |
| William E. Ward | $1,055.904.09 | 691.37 | $ |
| Paula and Steven Tamkin | $181,843.07 | 691.37 | $ |
| Sue Haynes | $194,508.65 | 691.37 | $ |
| Richard T. Cole | $155,606.92 | 691.37 | $ |
| William H. Woolbright | $125,041.27 | 691.37 | $ |
| Irving B. Ruppel | $118,315.99 | 691.37 | $ |
| Kenneth Nelson | $112,774.37 | 691.37 | $ |
| Michael Charpentier | $111,147.80 | 691.37 | $ |
| Loralee Freilich | $83,360.85 | 691.37 | $ |
| Loretta J. Alman | $58,754.78 | 691.37 | $ |

This judgment is entered by the Court at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

Dated: October 17, 2016

_Christine A. Snyder_
Honorable Christina A. Snyder,
US District Court Judge